UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| William Dahn, next friend, natural guardian as next of kin and brother of Donald Richard Dahn,<br><br>    Petitioner,<br><br>v.<br><br>D. Menden, Scott County Sheriff, and Scott County,<br><br>    Respondents. | Civil   06-676 JNE/FLN<br><br><br><br>O R D E R |

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated April 3, 2006, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that this action is dismissed without prejudice.


DATED: April 25, 2006.                s/ Joan N. Ericksen
at Minneapolis, Minnesota         JUDGE JOAN N. ERICKSEN
                                                 United States District Court